DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLAIRE L. BERKOFF,**
Appellant,

v.

**JEFFREY DAVID BERKOFF,**
Appellee.

No. 4D16-2245

[October 5, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Acting Circuit Judge; L.T. Case No. 502003DR005198XXXXMB.

Claire L. Berkoff, West Palm Beach, pro se.

Deirdre E. Marroney of Cameron & Marroney, PLLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***